UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREW ADELMAN, | Case No. 21-cv-02758-JST |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| U.S. SPECIALTY INSURANCE COMPANY, et al., | Re: ECF No. 44 |
| Defendants. | |

On November 17, 2021, the Court granted Defendants' motions to dismiss Plaintiff's complaint with leave to amend. ECF No. 42. An amended complaint was due within 21 days from the date of the order. *Id.* at 8. Plaintiff did not file an amended complaint. Accordingly, the case is now dismissed with prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January 25, 2022



JON S. TIGAR
United States District Judge